# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MATTHEW TOSCH**
        Plaintiff

    V.

**RICHARD KREAM, ET AL**
        Defendant

CIVIL ACTION

NO. 11-10183-DJC

## ORDER OF DISMISSAL

**CASPER, J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on June 10, 2011, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                By the Court,

                                /s/ Lisa M. Hourihan

                                Deputy Clerk

July 13, 2011